05-40044 JLT

FILED
CLERKS OFFICE

2005 MAR -4 P 1:21

U.S. DISTRICT COURT
DISTRICT OF MASS

To The Clerk of Courts

I Curtis Strickland #23784-038 would like to ask for an extension of time to complete my memorandum, that should have accompanied this 2255 motion. I thank you in advance for your anticipated help with this matter.

Sincerely
Curtis Strickland
Curtis Strickland