CURTIS STRICKLAND
REG# 23785-038
F.M.C. DEVENS
P.O. BOX 879
AYER, MA 01432

5-30-05

CLERKS OFFICE
U.S. District Court
ONE Court House Way
Boston, MA 02210

Re Strickland V. USA
CR NO 01-10351-JLT

Dear Madam/Sir Clerk

I would like to ask a further extention of time to file documents in support of my 2255 motion. Due to the limited amount of law library time.

Thank you
Curtis Strickland
*Curtis Strickland*