UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CURTIS STRICKLAND, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 05-40044-JLT |
| | * | |
| UNITED STATE OF AMERICA | * | |
| | * | |
| Respondent. | * | |
| | * | |

ORDER

July 9, 2007

TAURO, J.

On June 13, 2005, he filed a motion seeking further time to file documents in support of his § 2255 petition. This motion was allowed, but Petitioner has not filed anything in this case for over two years. On February 27, 2007, Petitioner was ordered, via an electronic entry on the docket, to file a status report and show cause why this case should not be dismissed for lack of prosecution. Petitioner has failed to do so, and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge